B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

In re DEANE ALLEN KENWORTHY,   Case No. 10-23868

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

PENNYMAC CORP., by PENNYMAC                    WELLS FARGO BANK, N.A.
LOAN SERVICES, LLC Its servicing agent
_____         _____
        Name of Transferee                             Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): 3-2
should be sent:                                 Amount of Claim: $583,967.02
                                                Date Claim Filed: 4-25-11
PENNYMAC LOAN SERVICES, LLC                     Last Four Digits of Old Acct. #: 0208
Its servicing agent
6101 CONDOR DRIVE
SUITE 200
MOORPARK, CA 93021

Phone: (818) 224-7401

Last Four Digits of New Acct #:  2641

Name and Address where transferee payments
should be sent (if different from above):

PennyMac
P.O. Box 30597
Los Angeles, CA 90030-0597

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:___/s/ Whitney Groff_____        Date: April 4, 2012
        Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

In re DEANE ALLEN KENWORTHY,                                  Case No. 10-23868

### CERTIFICATE OF SERVICE

I certify that I am over the age of 18 and that on the date written below, I served a copy of the foregoing *Notice of Transfer of Claim* by email or by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

The following parties have been served via U.S. Mail:

Nancy K. Curry (TR)  
700 South Flower Street  
Suite 1215  
Los Angeles, CA 90017

Deane Allen Kenworthy  
8721 Santa Monica Blvd  
# 104  
West Hollywood, CA 90069

Raymond H. Aver  
Law Offices of Raymond H Aver APC  
12424 Wilshire Blvd Ste 720  
Los Angeles, CA 90025

Dated: April 4, 2012

/s/ Whitney Groff            .  
Whitney Groff , Agent for Transferee  
Bar No.:  GA 738079  
Aldridge Connors, LLP  
Fifteen Piedmont Center  
3575 Piedmont Road, N.E., Suite 500  
Atlanta, GA 30305  
Phone: (404) 994-7508  
Fax: (888) 873-6147

RECORDING REQUESTED BY AND
WHEN RECORDED MAIL TO:
PennyMac Loan Services, LLC
c/o Aldridge Connors, LLP
Fifteen Piedmont Center
3575 Piedmont Road, NE, Suite 500
Atlanta, GA 30305

APN: ███████████                                Space above this line for recorder's use only

## ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned hereby grants, assigns and transfers to PennyMac Corp., all beneficial interest under that certain Deed of Trust dated November 16, 2007, executed by Deane Allen Kenworthy, as Trustor; to Fidelity National Title Ins. Co., as original Trustee; and Wells Fargo Bank, N.A., as Beneficiary; Recorded on December 4, 2007, as instrument 20072652731 of official records in the Office of the County Recorder of Los Angeles County, California, describing land therein as:

PARCEL 1:

FEE SIMPLE TITLE TO CONDOMINIUM UNIT NO. 61 ((THE "UNIT") AS SHOWN UPON THE CONDOMINIUM PLAN (ENTITLED "DECLARATION OF COVENANTS, CONDITIONS MD RESTRICTIONS WEST KNOLL CONDOMINIUM"), IN THE CITY OF WEST HOLLYWOOD, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ("THE PLAN"), RECORDED NOVEMBER 3, 1978 AS DOCUMENT NO. 78-1228734 OF OFFICIAL RECORDS, WHICH PLAN PERTAINS TO THAT PROPERTY DESCRIBED AS LOT 1 TRACT 34470, AS PER MAP RECORDED IN BOOK 904 PAGES 80 AND 81 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

PARCEL 2:

AN UNDIVIDED .01631 INTEREST IN AND TO THE COMMON AREA AS SHOWN AND DEFINED ON THE PLAN; EXCEPT THEREFROM THE FOLLOWING:

(A) AN EXCLUSIVE EASEMENT (OTHER THAN PARCEL 3 BELOW) DESIGNATED AS "RESTRICTED COMMON AREA" ON THE PLAN AND RESERVED TO OTHER UNITS FOR USE AS PARKING SPACES.

(B) A NONEXCLUSIVE EASEMENT APPURTENANT TO ALL UNITS SHOWN ON THE PLAN FOR INGRESS AND EGRESS, SUPPORT, REPAIR, MAINTENANCE AND ENCROACHMENT.

PARCEL 3:

AN EXCLUSIVE RIGHT AND EASEMENT TO USE THE PARKING SPACE OR SPACES DESIGNATED ON THE PLAN AS: PARKING SPACES NO. 56 AND 57.

TOGETHER with the note or notes therein described and secured thereby, the money due and to become due thereon, with interest, and all rights accrued or to accrue under said Deed of Trust including the right to have reconveyed, in whole or in part, the real property described therein.

DATE: MAR 0 7 2012

Wells Fargo Bank, N.A.

Name: Rita Garcia
Title: Attorney-in-Fact

State of California

County of Ventura

On MAR 0 7 2012 before me, Diana V Ramos, a notary public, personally appeared Rita Garcia _____, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity and that by his/her signature on the instrument, the person, or entity on behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal:

Notary Public                                                             (Seal)



DIANA V. RAMOS
Commission # 1947285
Notary Public - California
Los Angeles County
My Comm. Expires Aug 7, 2015