United States Bankruptcy Court
Central District of California

In re:                                                                  Case No. 10-23868-WB
Deane Allen Kenworthy                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-2           User: vlazarteC            Page 1 of 2            Date Rcvd: Apr 05, 2012
                               Form ID: trc              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2012.
26262041     +Wells Fargo Bank, NA,   c/o Pite Duncan, LLP,   4375 Jutland Drive, Suite 200,   PO Box 17933,
               San Diego, CA 92177-7921

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 07, 2012**                         **Signature:**           _Joseph Speetjens_

```
District/off: 0973-2           User: vlazarteC             Page 2 of 2                  Date Rcvd: Apr 05, 2012
                               Form ID: trc                Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2012 at the address(es) listed below:
          Balpreet  Thiara    on behalf of Creditor   Wells Fargo Bank, NA ecfcacb@piteduncan.com
          Ben G Gage    on behalf of Creditor   Daimler Trust Successor to DCFS Trust bgage@cookseylaw.com
          Carol E Hardy    on behalf of Creditor   PRA  Receivables Management LLC
           dgarcia@portfoliorecovery.com,   PRA_BK_Case_Updates@portfoliorecovery.com
          Christopher M McDermott    on behalf of Interested Party   Courtesy NEF ecfcacb@piteduncan.com
          John D Schlotter    on behalf of Creditor   PennyMac Loan Services, LLC ecfmail@aclawllp.com
          Nancy K Curry (TR)    ecfnc@trustee13.com
          Ramesh  Singh    on behalf of Interested Party   Courtesy NEF claims@recoverycorp.com
          Raymond H Aver    on behalf of Debtor Deane Kenworthy ray@averlaw.com
          United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
          Whitney  Groff    on behalf of Creditor   PENNYMAC CORP., by PENNYMAC LOAN SERVICES, LLC Its
           servicing agent ecfmail@aclawllp.com
                                                                                    TOTAL: 10

**210B (12/09**)

# United States Bankruptcy Court

Central District Of California
Case No. 2:10-bk-23868-WB
Chapter 13

In re: Debtor(s) (including Name and Address)

Deane Allen Kenworthy
8721 Santa Monica Blvd
# 104
West Hollywood CA 90069

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/04/2012.

Name and Address of Alleged Transferor(s):

Claim No. 3: Wells Fargo Bank, NA, c/o Pite Duncan, LLP, 4375 Jutland Drive, Suite 200, PO Box 17933, San Diego, CA 92177

Name and Address of Transferee:

PennyMac Loan Services, LLC
6101 Condor Drive
Suite 200
Moorpark, CA 93021

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   04/07/12

Kathleen J. Campbell
**CLERK OF THE COURT**