TIMOTHY J. SILVERMAN, ESQ. Bar No. 145264
SOLOMON, GRINDLE, SILVERMAN & WINTRINGER
A Professional Corporation
12651 High Bluff Drive, Suite 300
San Diego, California 92130
Telephone: (858) 793-8500
Facsimile: (858) 793-8263
9173.0132

Attorneys for Secured Creditor/Moving Party
PENNYMAC CORP. its successors and/or assigns

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: <br><br> DEANE ALLEN KENWORTHY, <br><br> Debtor(s). <br><br> PENNYMAC CORP. its successors and/or assigns, <br><br> Movant, <br><br> v. <br><br> DEANE ALLEN KENWORTHY; NANCY K. CURRY, CHAPTER 13 TRUSTEE <br><br> Respondents. | Case No.: 2:10-BK-23868-WB <br><br> Chapter 13 <br><br> ORIGINAL EXECUTED ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY; SETTLED BY STIPULATION |

**ORIGINAL EXECUTED AMENDED ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY; SETTLED BY STIPULATION**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Timothy J. Silverman, Esq. [SBN: 145264]<br>Solomon, Grindle, Silverman & Wintringer<br>A Professional Corporation<br>12651 High Bluff Drive, Suite 300<br>San Diego, CA 92130<br>Tel: [858] 793-8500  Fax: [858] 793-8263<br>Tim@sgswlaw.com<br><br>☒ *Attorney for Movant(s)*     9173.0151<br>☐ *Movant(s) appearing without an attorney* | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA – <u>LOS ANGELES</u> DIVISION** ||
| In re:<br><br>DEANE ALLEN KENWORTHY,<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:10-BK-23868-WB<br>CHAPTER: 13<br><br>**AMENDED ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY)**<br><br>DATE: No Hearing Required<br>TIME:<br>COURTROOM:<br>PLACE: 255 E. Temple Street, Los Angeles, California |
| **Movant:  PENNYMAC CORP., its successors and/or assigns** ||

1. The Motion was:   ☐ Opposed   ☐ Unopposed   ☒ Settled by stipulation

2. The Motion affects the following real property (Property):

    Street address:         8535 West Knoll Drive
    Unit number:            315
    City, state, zip code:  West Hollywood, California 90069

    Legal description or document recording number (including county of recording):

    ☒ See attached page.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2011                                   Page 1                                  F 4001-1.ORDER.RP

3. The Motion is granted under: ☐ 11 U.S.C. § 362(d)(1)   ☐ 11 U.S.C. § 362(d)(2)   ☐ 11 U.S.C. § 362(d)(3)
☐ 11 U.S.C. § 362(d)(4)

4. As to Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:

   a. ☐ Terminated as to Debtor and Debtor's bankruptcy estate.
   b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.
   c. ☐ Modified or conditioned as set forth in Exhibit _____ to this Order.

5. ☐ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable nonbankruptcy law, but may not pursue any deficiency claim against the Debtor or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

6. Movant must not conduct a foreclosure sale before the following date (specify): _____

7. ☒ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee must not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant must return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. ☐ The filing of the petition was part of a scheme to delay, hinder, and defraud creditors that involved either:

   ☐ transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval.

   ☐ multiple bankruptcy filings affecting the Property.

If recorded in compliance with applicable state law governing notices of interests or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)(4)(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than 2 years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept any certified copy of this Order for indexing and recording.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2011                                    Page 2                                    F 4001-1.ORDER.RP

10. This court further orders as follows:

   a. ☐ The 14-day stay as provided in FRBP 4001(a)(3) is waived.
   b. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply (*attach Optional Form F 4001-10-ER*).
   c. ☐ See attached continuation page for additional provisions.

###

Date: _____

United States Bankruptcy Judge

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2011    Page 3    F 4001-1.ORDER.RP

# ADEQUATE PROTECTION ATTACHMENT

*(This attachment is the continuation page for paragraph 7 of the Order on the Motion.)*

The stay remains in effect subject to the following terms and conditions:

1. ☐ The Debtor tendered payments at the hearing in the amount of $_____.

2. ☒ The Debtor must make regular monthly payments in the amount of $ 3,109.86 _____ commencing June 1, 2012. The amount of these payments may be subject to change under the terms of the parties' original agreements. All payments due Movant hereunder must be paid to Movant at the following address:

   PENNYMAC LOAN SERVICES, LLC
   P.O. BOX 30597
   LOS ANGELES, CALIFORNIA 90030-0597

3. ☒ The Debtor must cure the postpetition default computed through May 23, 2012 in the sum of $18,282.47 as follows:

   a. ☒ By paying the sum of $ 3,109.86 on or before May 24, 2012, the remaining arrearages of $15,172.61 will be paid as follows:

   b. ☒ In equal monthly installments of $ 1,685.85 each commencing June 1, 2012 and continuing thereafter through and including February 1, 2013.

   c. ☐ By paying the sum of $_____ on or before _____.

   d. ☐ By paying the sum of $_____ on or before _____.

   d. ☐ By paying the sum of $_____ on or before _____.

   e. ☐ Other *(specify)*:

4. ☐ The Debtor must maintain insurance coverage on the property and must remain current on all taxes that fall due postpetition with regard to the property.

5. ☐ The Debtor must file a Disclosure Statement and Plan on or before *(specify date)*: _____
   The Disclosure Statement must be approved on or before *(specify date)*: _____
   The Plan must be confirmed on or before *(specify date)*: _____

6. ☒ Upon any default in the foregoing terms and conditions, Movant must serve written notice of default to Debtor and Debtor's attorney, if any. If Debtor fails to cure the default within 14 days after service of such written notice, plus 3 additional days if served by mail:

   a. ☐ The stay automatically terminates without further notice, hearing or order.
   b. ☒ Movant may file and serve a declaration under penalty of perjury specifying the default, together with a proposed order terminating the stay, which the court may grant without further notice or hearing.
   c. ☐ The Movant may move for relief from the stay upon shortened notice in accordance with LBRs.
   d. ☐ The Movant may move for relief from the stay on regular notice.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2011    Page 4    F 4001-1.ORDER.RP

7. ☒ Notwithstanding anything contained herein to the contrary, the Debtor shall be entitled to a maximum of (*number*) __2__ notices of default and opportunities to cure pursuant to the preceding paragraph. Once a Debtor has defaulted this number of times on the obligations imposed by this Order and has been served with this number of notices of default, Movant is relieved of any obligation to serve additional notices of default or to provide additional opportunities to cure. If an event of default occurs thereafter, Movant will be entitled, without first serving a notice of default or providing the Debtor with an opportunity to cure, to file and serve a declaration under penalty of perjury setting forth in detail the Debtor's failures to perform hereunder, together with a proposed order terminating the stay, which the court may enter without further notice or hearing.

8. ☒ The foregoing terms and conditions shall be binding only during the pendency of this bankruptcy case. If, at any time, the stay is terminated with respect to the Property by court order or by operation of law, the foregoing terms and conditions cease to be binding and Movant may proceed to enforce its remedies under applicable nonbankruptcy law against the Property and/or against the Debtor.

9. ☒ If Movant obtains relief from stay based on Debtor's defaults hereunder, the order granting such relief will contain a waiver of the 14-day stay as provided in FRBP 4001(a)(3).

10. ☒ Movant may accept any and all payments made pursuant to this Order without prejudice to or waiver of any rights or remedies to which Movant would otherwise have been entitled under applicable nonbankruptcy law.

11. ☒ Other (*specify*):

    - Movant shall be allowed to charge a fee of $100.00 for any fourteen (14) day written notice required because of default.

    - If Relief from Stay is granted pursuant to the terms of this Order, the requirements of BR 3002.1 shall be terminated.

Dated: May 23, 2012

SOLOMON, GRINDLE, SILVERMAN & WINTRINGER, APC

By:_____
Timothy J. Silverman, Esq.
Attorneys for Secured Creditor, PENNYMAC, CORP. its successors and/or assigns

Dated: 5/23/12

THE LAW OFFICES OF RAYMOND H. AVER
A Professional Corporation

By:_____
Raymond H. Aver, Esq.
Attorneys for Debtor

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

12651 High Bluff Drive, Suite 300, San Diego, California 92130

A true and correct copy of the foregoing document described as **ORIGINAL EXECUTED ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY; SETTLED BY STIPULATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On May 24, 2012, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 24, 2012 | Debbie Reinhardt Gomez | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                               F 9013-3.1.PROOF.SERVICE

**Additional Service Information (If needed)**

**Served via First Class Postage Paid Mail**

**Debtor**
Deane Allen Kenworthy
8721 Santa Monica Boulevard, #104
West Hollywood, CA 90069

**Attorney for Debtor**
Raymond H. Aver, Esq.
The Law Offices of Raymond H. Aver APC
12424 Wilshire Boulevard, Suite 720
Los Angeles, CA 90025

**Chapter 13 Trustee**
Nancy K. Curry
700 South Flower Street, Suite 1215
Los Angeles, CA 90017

**Courtesy Copy**

Chambers of the Honorable Julia W. Brand
United States Bankruptcy Court
Edward R. Roybal Building
255 East Temple Street, Suite 1382
Los Angeles, California 90012-2300

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    F 9013-3.1.PROOF.SERVICE